968

No. 80–5637. CARTER v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 80–5647. FRAME v. OREGON. Ct. App. Ore. Certiorari denied.

No. 80–5665. CULBRETH v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 80–5711. LANDRY v. LOUISIANA. Sup. Ct. La. Certiorari denied.

No. 80–5718. BURTON v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 80–5740. BYERS v. HENDERSON, CORRECTIONAL SUPERINTENDENT. C. A. 2d Cir. Certiorari denied.

No. 80–5758. GUICE v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 80–5851. TURNER v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 80–5872. OCCHINO v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 80–5913. GOLDSTEIN v. BOARD OF REVIEW, DEPARTMENT OF LABOR AND INDUSTRY OF NEW JERSEY, ET AL. C. A. 2d Cir. Certiorari denied.

No. 80–5937. PETROFSKY, DBA PETROF TRADING CO. v. UNITED STATES. Ct. Cl. Certiorari denied.

No. 80–5999. HARGROVE v. OHIO. Ct. App. Ohio, Hamilton County. Certiorari denied.

No. 80–6000. DAVIS v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.